**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

MALIBU MEDIA, LLC,

       Plaintiff,

v.　　　　　　　　　　　　　　　　　　Civil Action No. 1:15-cv-02359-JKB

JOHN DOE, subscriber assigned IP address
69.250.127.23,

       Defendant.

**PLAINTIFF'S NOTICE OF SETTLEMENT**
**WITH DEFENDANT JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff, Malibu Media, LLC, has settled this matter with Defendant, John Doe, subscriber assigned IP address 69.250.127.23 ("Defendant") through his counsel.  Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated:  December 14, 2015

                                   Respectfully submitted,

                                   By:   /s/ *Jon A. Hoppe*
                                   Jon A. Hoppe, Esquire
                                   jhoppe@mhhhlawfirm.com
                                   MADDOX, HOPPE, HOOFNAGLE &
                                   HAFEY, L.L.C.
                                   1401 Mercantile Lane #105
                                   Largo, Maryland 20774
                                   Phone:  301-341-2580
                                   *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 14, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ Jon A. Hoppe
      Jon A. Hoppe